TERI SAYEGH, Appellant, v ISAAC SAYEGH, Respondent. [853 NYS2d 887]—

The plaintiff was properly awarded an attorney's fee in the sum of $7,000 pursuant to a stipulation of settlement, incorporated into but not merged with the parties' judgment of divorce, which provided that an attorney's fee would be awarded in the event of a breach of the stipulation (*see Mirkin v Mirkin,* 43 AD3d 1115 [2007]; *Shanon v Patterson,* 38 AD3d 519 [2007]; *Arato v Arato,* 15 AD3d 511, 512 [2005]; *Sieratzki v Sieratzki,* 8 AD3d 552 [2004]; *Matter of Tito v Tito,* 276 AD2d 559 [2000]; *Matter of Curiel v Curiel,* 262 AD2d 639 [1999]; *Swift v Swift,* 260 AD2d 466 [1999]).

The plaintiff's remaining contentions are without merit. Rivera, J.P., Santucci, Covello and Balkin, JJ., concur.